No. 787. PETER *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Duane B. Beeson* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 937. UNITED STATES *v.* JAKOBSON. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States. *Herman Adlerstein* for respondent.

No. 936. UNITED STATES *v.* SEEGER. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States. *Kenneth W. Greenawalt* for respondent.

No. 387. PAN AMERICAN PETROLEUM CORP. *v.* FEDERAL POWER COMMISSION. C. A. 10th Cir. Certiorari denied. *William J. Grove, Thomas H. Wall, Carroll L. Gilliam, W. W. Heard* and *Wm. H. Emerson* for petitioner. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.

No. 684. SUPERIOR OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. *Murray Christian, H. W. Varner* and *Roland B. Voight* for petitioner. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.